IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIO DEVONNE WASHINGTON SR.,<br><br>Plaintiff,<br><br>vs.<br><br>KOREY GOPLIN, Deputy, #9177, Individual capacity and Official capacity; JEFFREY BROWN, Sgt., #4171, Individual capacity and Official capacity; DUSTIN CULLEN, Deputy, #9173, Individual capacity and Official capacity; and PAUL M. VRBKA, Sheriff, Individual capacity and Official capacity;<br><br>Defendants. | 8:22CV316<br><br>ORDER |

This matter is before the Court on its own motion. Plaintiff Mario Devonne Washington, Sr., filed with the Court a Complaint for Violation of Civil Rights (Non-Prisoner Complaint) on September 8, 2022. Filing No. 1. Plaintiff has another pending civil case in this court—Case No. 8:22CV159—in which the Court ordered Plaintiff to file an amended complaint by September 22, 2022. *See* Filing No. 7, Case No. 8:22CV159. Upon examination, the Court believes Plaintiff's pleading is more properly construed as an amended complaint intended for filing in Case No. 8:22CV159. Accordingly,

IT IS ORDERED that:

1. The Clerk of the Court is directed to close this case for statistical purposes.

2. The Clerk of the Court is directed to file Plaintiff's complaint, Filing No. 1, as an amended complaint in case number 8:22CV159.

3. To avoid confusion in the future, any document Plaintiff sends to the Court for filing must include the correct case number.

Dated this 12th day of September, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge